IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AARON JOHN UPCHURCH,

    **Plaintiff,**

  v.                                Case No. 13-cv-0116 JCH/SMV

TIM NYCE,

    **Defendant.**

### ORDER GRANTING MOTION TO PROCEED
### ON APPEAL WITHOUT PREPAYMENT OF COSTS OR FEES

THIS MATTER is before the Court on Plaintiff's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 [Doc. 19], filed on June 10, 2013. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 [Doc. 19] is **GRANTED**;

**IT IS SO ORDERED**.

                                                    _____
                                                    **STEPHAN M. VIDMAR**
                                                    **United States Magistrate Judge**